IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID W. TAYLOR,

        Plaintiff,

v.

MEGAN J. BRENNAN,

        Defendant.

CIVIL ACTION
NO. 15-2349

## ORDER

**AND NOW**, this 15th day of January 2016, upon consideration of Plaintiff's Complaint (Doc. No. 1), Defendant's Motion to Dismiss (Doc. No. 5), and Plaintiff's Response to Defendant's Motion to Dismiss (Doc. No. 6), and in accordance with the Opinion issued this day, it is **ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. No. 5) is **GRANTED**.

2. Plaintiff's Motion for United States Attorney General (Doc. No. 12) is **DENIED AS MOOT.**

3. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.